SCWC-14-0000850

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

KENNETH M. SKAHAN,
Petitioner/Claimant-Appellant,

vs.

STUTTS CONSTRUCTION COMPANY, INC.,
Respondent/Employer-Appellee,

and

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Insurance Carrier-Appellee.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000850; CASE NO. AB 2014-019(WH) (9-04-45072(M)))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on
October 23, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 1, 2014.

Kenneth M. Skahan,
pro se

Laurie E. Keeno,
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

